IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRIAN SIMPKINS**                                                                                                **PLAINTIFF**

**v.**                                   **2:21-CV-00061-BSM**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

After reviewing the entire record *de novo,* United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 16] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2022.

                                                                           _____
                                                                     UNITED STATES DISTRICT JUDGE