IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRIAN SIMPKINS**                                                                                          **PLAINTIFF**

**v.**                                           **2:21-CV-00061-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE